454

UNITED STATES of America, Plaintiff–Appellee,

v.

Raymond Allan YODER, Defendant–Appellant.

No. 05–50602.

United States Court of Appeals, Ninth Circuit.

March 14, 2007.

Becky S. Walker, Esq., Garth E. Hire, Esq., Steve Kim, AUSA, USLA, Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Jonathan D. Libby, Esq. Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI and GOULD, Circuit Judges, and MARTINEZ,* District Judge.

## ORDER

Appellant's Petition for Rehearing and Rehearing En Banc is DENIED.

The previous memorandum disposition filed on September 14, 2006, is hereby withdrawn. The Clerk shall file a new memorandum disposition, which will be filed at the same time as this order. The parties may not file further petitions for rehearing or rehearing en banc.

---

* The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, sitting by designation.